Douglas P. Catalano (DC-7719)
Neil G. Sparber (NS-9165)
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3360
dcatalano@fulbright.com
nsparber@fulbright.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
LOUIS BARRY RUTLEDGE,

       Plaintiff,

  -against-

TRANSITCENTER, INC. and LARRY FILLER,

       Defendants.
------------------------------------------------------x

INDEX NO. 07 CV 11267 (JGK)

## DEFENDANT TRANSITCENTER, INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant TransitCenter, Inc. (a private non-governmental party) certifies that it has no corporate parents, affiliates, and/or subsidiaries the securities or other interests in which are publicly held.

-2-

Dated: February 19, 2008  
      New York, New York

Respectfully submitted,

By: /s/ Neil G. Sparber  
Douglas P. Catalano (DC-7719)  
Neil G. Sparber (NS-9165)  
666 Fifth Avenue  
New York, New York 10103  
Telephone: (212) 318-3360  
dcatalano@fulbright.com  
nsparber@fulbright.com

*Attorneys for Defendants*