Douglas P. Catalano (DC-7719)
Neil G. Sparber (NS-9165)
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3360
dcatalano@fulbright.com
nsparber@fulbright.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
LOUIS BARRY RUTLEDGE,

        Plaintiff,

    -against-

TRANSITCENTER, INC. and LARRY FILLER,

        Defendants.
------------------------------------------------- x

INDEX NO. 07 CV 11267 (JGK)

**AFFIRMATION OF SERVICE**

    Samantha E. Beltre, an attorney admitted to practice in the Courts of the State of New York, affirms under the penalties of perjury that I served copies of defendant TransitCenter, Inc.'s answer to the complaint and Rule 7.1. statement on counsel for plaintiff as set forth below:

Scott J. Steiner, Esq.
Scott Steiner, P.C.
2 William Street, Suite 302
White Plains, New York 10005

by sending the same on February 19, 2008, via federal express directed to said person at the address stated above.

Dated: New York, New York
      February 19, 2008

                                                             _/s/ Samantha Beltre_
                                                              Samantha E. Beltre