Douglas P. Catalano (DC-7719)
Neil G. Sparber (NS-9165)
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3360
dcatalano@fulbright.com
nsparber@fulbright.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
LOUIS BARRY RUTLEDGE,

    Plaintiff,

-against-

TRANSITCENTER, INC. and LARRY
FILLER,

    Defendants.
------------------------------------x

INDEX NO. 07 CV 11267 (JGK)

AFFIRMATION OF SERVICE

Samantha E. Beltre, an attorney admitted to practice in the Courts of the State of New York, affirms under the penalties of perjury that I served copies of the Notice of Motion, Affidavit of Samantha E. Beltre, sworn to February 22, 2008, and the Memorandum of Law in Support of Motion to Dismiss Complaint Against Individual Defendant Larry Filler n counsel for plaintiff as set forth below:

    Scott J. Steiner, Esq.
    Scott Steiner, P.C.
    2 William Street, Suite 302
    White Plains, New York 10005

by sending the same on February 22, 2008, via federal express directed to said person at the address stated above.

Dated: New York, New York
      February 22, 2008

                                                                       Samantha E. Beltre