**FULBRIGHT & JAWORSKI L.L.P.**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
666 FIFTH AVENUE, 31ST FLOOR
NEW YORK, NEW YORK 10103-3198
WWW.FULBRIGHT.COM

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/08

NSPARBER@FULBRIGHT.COM
DIRECT DIAL: (212) 318-3451

TELEPHONE: (212) 318-3000
FACSIMILE: (212) 318-3400

April 21, 2008

**BY FACSIMILE (212) 805-7912**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

RECEIVED
APR 21 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

    Re:   Rutledge v. TransitCenter, Inc. and Larry Filler
            Index No. 07-CV-11267 (JGK)

Dear Judge Koeltl:

    We represent the defendants TransitCenter, Inc. and Larry Filler in connection with the above-referenced matter. We respectfully request that the return date on the motion to dismiss the complaint as to individual defendant Larry Filler, currently returnable April 25, 2008, be adjourned to May 2, 2008. Plaintiff's counsel has consented to the adjournment. One prior request was made by plaintiff to adjourn the return date.

    Thank you for your consideration.

Respectfully submitted,

*Neil G. Sparber*
Neil G. Sparber

cc:   Scott Steiner, Esq. (via facsimile)

[Handwritten memo endorsement:] There are no longer formal return dates. The motion is ready to be decided when fully briefed. When fully briefed, the moving party should provide a courtesy copy of the papers to the Court. So ordered.

4/21/08  [signature] U.S.D.J.

80184175.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC

** TOTAL PAGE.02 **