Douglas P. Catalano (DC-7719)
Neil G. Sparber (NS-9165)
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3360
dcatalano@fulbright.com
nsparber@fulbright.com

*Attorneys for Defendants*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS BARRY RUTLEDGE, | |
| Plaintiff, | |
| -against- | INDEX NO. 07 CV 11267 (JGK) |
| TRANSITCENTER, INC. and LARRY FILLER, | **STIPULATION** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties herein, that:

1. Defendant Larry Filler hereby withdraws his motion to dismiss the complaint, which was filed with the Court on or about March 7, 2008;

2. Defendants consent to plaintiff filing the proposed Amended Complaint, which was served with as an exhibit to plaintiff's cross-motion on or about April 7, 2008; and

3. Defendants shall serve and file an answer to the Amended Complaint on or before May 12, 2008.

4.  The parties agree that the Amended Complaint shall be deemed to have been served upon Defendants on or before April 7, 2008.

Dated: April 29, 2008
       New York, New York

SCOTT STEINER, P.C.

By: _____

Scott J. Steiner
2 William Street, Suite 302
White Plains, New York
(914) 328-4734

*Attorney for Plaintiff*

FULBRIGHT & JAWORSKI L.L.P.

By: _____

Douglas P. Catalano
Neil G. Sparber
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3360

*Attorneys for Defendants*

5/1/08