Douglas P. Catalano (DC-7719)
Neil G. Sparber (NS-9165)
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3360
dcatalano@fulbright.com
nsparber@fulbright.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
LOUIS BARRY RUTLEDGE,                    :
                                          :
            Plaintiff,                    :
                                          :
    -against-                             :
                                          :   INDEX NO. 07 CV 11267 (JGK)
TRANSITCENTER, INC. and LARRY             :
FILLER,                                   :
                                          :
            Defendants.                   :
                                          :
------------------------------------------------------------x

## DEFENDANT LARRY FILLER'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Larry Filler certifies that defendant Larry Filler is an individual and therefore has no corporate parents, affiliates, and/or subsidiaries the securities or other interests in which are publicly held.

-2-

Dated: May 15, 2008
       New York, New York

Respectfully submitted,

By: /s/ Neil G. Sparber
   Douglas P. Catalano (DC-7719)
   Neil G. Sparber (NS-9165)
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3360
dcatalano@fulbright.com
nsparber@fulbright.com

*Attorneys for Defendants TransitCenter, Inc. and Larry Filler*